UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

Docket No. 5:12-CR-373-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DONNIE FLYNN KING, SR. | ) | |
| LOU WELLS KING | ) | |
|     Defendants | ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for Friday, April 5, 2013, in New Bern, North Carolina. The case is hereby CONTINUED to June 20, 2013 in New Bern, North Carolina.

This 12th day of March 2013.

_____
Louise W. Flanagan
U.S. District Judge