IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-373-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| DONNIE FLYNN KING, SR., and | ) | |
| LOU WELLS KING | ) | |

This matter comes before the court on its own initiative. In furtherance of its preparation for hearing now set for January 10, 2014, the court directs the government to deliver to the clerk of court at New Bern by **December 5, 2013,** for review by this court, the following categories of documentary evidence pertinent to the motion for relief (DE 35) and sentencing determination:

(1) Defendants' financial statements provided to the probation office on April 22, 2013;

(2) Defendants' revised financial statements provided to the probation office on October 1, 2013;

(3) Defendants' 2012 personal tax return filed February 2013;

(4) Defendants' amended 2012 personal tax return filed August, 2013;

(5) Any transcripts of Rule 2004 exams of defendants in 2013; and

(6) Pertinent business records, or excerpts thereof, if any, relating to the loss and restitution calculations proposed in the pre-sentence investigation reports (e.g., DE 42, 44, ¶¶ 13, 19, 21).

Said documents shall be Bates stamped and accompanied by separate index identifying by type and date of each item, with page number designation. At the time these materials are delivered to the clerk for this court's review, the government also shall file on the docket a copy of the index,

and provide a complete package of the materials produced to the court also to defendants.

Defendants shall have seven days thereafter, until **December 12, 2013,** to further supplement the record, if they so desire, with respect to any of the above-enumerated categories of evidence. The method of presentation shall be the same as that imposed here upon the government.

SO ORDERED, this the 18th day of November, 2013.

_____
LOUISE W. FLANAGAN
United States District Judge