IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-373-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| DONNIE FLYNN KING, SR., and | ) | |
| LOU WELLS KING | ) | |

This matter comes before the court on its own initiative, upon notification by the probation office that items (1) and (2) in the court's November 18, 2013, order are in sole possession of the probation office. In light of this notification, the court amends its November 18, 2013, order to direct that items (1) and (2) shall be delivered by the probation office to the undersigned at New Bern by **December 5, 2013.** All other terms of the court's November 18, 2013, order shall remain in effect. In particular, the government also shall deliver to the clerk of court at New Bern by **December 5, 2013,** for review by this court, categories (3), (4), (5), and (6), as specified below:

(1) Defendants' financial statements provided to the probation office on April 22, 2013;

(2) Defendants' revised financial statements provided to the probation office on October 1, 2013;

(3) Defendants' 2012 personal tax return filed February 2013;

(4) Defendants' amended 2012 personal tax return filed August, 2013;

(5) Any transcripts of Rule 2004 exams of defendants in 2013; and

(6) Pertinent business records, or excerpts thereof, if any, relating to the loss and restitution calculations proposed in the pre-sentence investigation reports (e.g., DE 42, 44, ¶¶ 13, 19, 21).

Said documents provided by the government shall be Bates stamped and accompanied by separate index identifying by type and date of each item, with page number designation. At the time these materials are delivered to the clerk for this court's review, the government also shall file on the docket a copy of the index, and provide a complete package of the materials produced to the court also to defendants.

Defendants shall have seven days thereafter, until **December 12, 2013,** to further supplement the record, if they so desire, with respect to any of the above-enumerated categories of evidence. Also as previously noted, the method of presentation shall be the same as that imposed here upon the government.

SO ORDERED, this the 19th day of November, 2013.

_____
LOUISE W. FLANAGAN
United States District Judge